APPEAL No. 75-92. RAYMOND E. KENNEY *et al. v.* THE PROVIDENCE GAS COMPANY. Petition for reargument is denied. *Roberts & Willey, Inc., Bruce G. Tucker*, for petitioners.

*Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for respondent.